IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 05-0151
 ((((((((((((((((

 SAMBUCA HOUSTON, L.P. D/B/A SAMBUCA

 v.

 DOCTORS HOSPITAL 1997, L.P. D/B/A DOCTORS HOSPITAL TIDWELL

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the notice of bankruptcy of Doctors Hospital 1997,
L.P. d/b/a Doctors Hospital Tidwell, filed with this Court on May 9, 2005,
this case is ABATED. Tex. R. App. P. 8.2.
 2. This case is removed from the Court's active docket and shall be
treated as closed, subject to reinstatement upon proper motion. Tex. R.
App. P. 8.3. All motions and other documents pending or filed are abated
subject to being reargued in the event the case is reinstated. Tex. R. App.
P. 8.2 and 8.3. It is the parties' responsibility to immediately notify
this Court once the automatic bankruptcy stay is lifted.
 Done at the City of Austin, this 20th day of May 2005.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Gena Pelham, Deputy Clerk